IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CIANA EVANS | : CIVIL ACTION |
| | : |
| v. | : NO. 22-1410 |
| | : |
| SCHOOL DISTRICT OF PHILADELPHIA | : |

## ORDER

AND NOW, this 13th day of December 2022, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 15), Plaintiff's Opposition (ECF Doc. No. 20), Defendant's Reply (ECF Doc. No. 21), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for summary judgment (ECF Doc. No. 15) is **GRANTED** requiring we **DISMISS** Plaintiff's case and the Clerk of Court **CLOSE** this case.

KEARNEY, J.