## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ciana Evans : | |
| : | |
| v.           : | Civil Action No. 22-1410 |
| : | |
| School District of Philadelphia : | |

### Notice of Appeal

Plaintiff, Ciana Evans, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered December 13, 2022 granting Defendant's Motion for Summary Judgment.

Dated: January 12, 2023
                                          *s/Robert T Vance Jr*
                                          Robert T Vance Jr (RTV3988)
                                          Law Offices of Robert T Vance Jr
                                          100 South Broad Street, Suite 905
                                          Philadelphia PA 19110
                                          215 557 9550 t
                                          215 278 7992 f
                                          rvance@vancelf.com

                                          *Attorney for Ciana Evans*